IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY MIZE, ) | |
| ) | 8:05CV304 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the order (Filing No. 6) allowing the plaintiff to proceed pro se,

IT IS ORDERED that this case will remain assigned to District Court Judge Joseph F. Bataillon for disposition and is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 16th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge